(81 South. 692)

PEOPLES v. STATE. (6 Div. 581.)

(Court of Appeals of Alabama. May 6, 1919.)

CRIMINAL LAW ⬗1092(7)—APPEAL—BILL OF EXCEPTIONS.

Where the bill of exceptions prepared by one convicted of felony was not presented to the trial judge until more than three months after judgment was rendered, the same will be stricken out on appeal.

Appeal from Circuit Court, Marion County; C. P. Almon, Judge.

George Peoples was convicted of assault with intent to murder, and he appeals. On motion to strike the bill of exceptions. Motion granted, and judgment affirmed.

C. E. Mitchell, of Hamilton, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

SAMFORD, J. The judgment of the court is dated July 20, 1918. The bill of exceptions was presented to the trial judge on December 11, 1918, more than three months after the judgment was rendered. The Attorney General moves to strike the bill of exceptions, and the cause is submitted on motion and merits. The motion of the Attorney General to strike the bill of exceptions is granted. We find no error in the record, and the judgment is affirmed.

Bill of exceptions stricken; judgment affirmed.